JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WITTENBROCK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUNOVION PHARMACEUTICALS INC., a Delaware Corporation; and DOES 1 through 20, Inclusive,<br><br>　　　　Defendants. | Case No.:  5:19-cv-00342 JVS (SHKx)<br><br>[Hon. James V. Selna, Courtroom 10C]<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

IT IS HEREBY ORDERED that the Complaint filed by Plaintiff, TODD WITTENBROCK, against Defendant, SUNOVION PHARMACEUTICALS, INC., be and hereby is dismissed, with prejudice, and with the parties to bear their own costs.

Dated: July 22, 2020   _____
　　　　　　　　　　　　　JUDGE JAMES V. SELNA

## PROOF OF SERVICE

STATE OF CALIFORNIA              )
                                 ) ss.
UNITED STATES DISTRICT COURT     )

I am a resident of the State of California, County of San Bernardino. I am over the age of eighteen years and not a party to the within action. My business address is 5811 Pine Avenue, Suite A, Chino Hills, California 91709.

On July 22, 2020, I served on the interested parties in this action the within document(s) entitled:

## ORDER TO DISMISS WITH PREJUDICE

[ ]   **BY FAX: (C.C.P. § 1013(a), (e); CRC 2008)** - by transmitting via electronic facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.; I also caused the fax machine to print such record(s) of the transmission.

[X]   **BY COURT'S CM/ECF SYSTEM** – Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the person(s) listed below.

[ ]   **BY MAIL: (C.C.P. § 1013(a))** - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Chino Hills, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY PERSONAL SERVICE** - I personally delivered such envelope to the offices of the addressee.

[ ]   **BY OVERNIGHT MAIL (C.C.P. § 1013(c))** - By FEDERAL EXPRESS, following ordinary business practices for collection and processing of correspondence with said overnight mail service, and said envelope(s) will be

-2-

**ORDER TO DISMISS WITH PREJUDICE**

deposited with said overnight mail service on said date in the ordinary course of business.

[ ] **BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED** - By placing true copy(ies) thereof in sealed envelope(s) with Certified Mail, Return Receipt Requested, postage thereon fully prepaid and by causing such envelope(s) to be deposited in the mail at 5811 Pine Avenue, Suite A, Chino Hills, California 91709.

[ ] **BY ELECTRONIC SERVICE (C.C.P. § 1010.6(a)(6))** - the parties listed below were served electronically with the document(s) listed above by e-mailed PDF files. The transmission was reported as complete and without error. My electronic notification address is 5811 Pine Avenue, Suite A, Chino Hills, California 91709. My e-mail address is mesambrano@lipinskylaw.com.

| | |
|---|---|
| Alaya B. Meyers, Esq.<br>Ian G. Robertson, Esq.<br>Sara Zimmerman, Esq.<br>Littler Mendelson, P.C.<br>2050 Main Street, Suite 900<br>Irvine, CA  92614<br>(949) 705-3000 / (949) 724-1201 Fax<br>Emails:  ameyers@littler.com;<br>irobertson@littler.com;<br>szimmerman@littler.com | **Attorneys for Defendant,**<br>**SUNOVION**<br>**PHARMACEUTICALS INC.** |

[ ] **STATE:** I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

[X] **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

Executed on July 22, 2020, at Chino Hills, California.

_____
MARY ELLEN SAMBRANO